# EXHIBIT B





Exhibit B - Page 1 of 2



Exhibit B - Page 2 of 2