# EXHIBIT C

Cool Kippahs Feedback and Testimonials | Personalized Kippot and Bulk Custom Yarmulkes

Case 0:13-cv-61348-RSR   Document 1-5   Entered on FLSD Docket 06/18/2013   Page 2 of 3



## Testimonials & Feedback

**David C**
Belle Harbor, NY

This is just a quick email to let you know that I received my order today. Thanks you! That is the best service I have ever received from an online store. I will definitely use you for all of my kipah purchases and also recommend you to everyone I know. Thanks very much.

**Julie**
Harrisburg, PA

Firstly I would like to congratulate your prompt and professional service. I have now purchased yarmulkes from you on several times and I must say the experience has been nothing but exceptional. I have now recommended your site to several other friends and they rave about it. I will definitely be back in the future

**Barry F**
Miami, FL

Thank you very much! I really like the way you run your business, very prompt, very reliable, no hassles, good price. I look forward to future purchases.

**Danya C**
Lawrence, NY

Cool Kippas you Guys Rock. You have an awesome selection. My wife and I are very impressed with the level of customer service your organization has demonstrated and the excellent value for money you provide. Keep up the good work.

**Debby N**
Owings Mills, MD

It is nice doing business with you, this is the second time I have purchased from your company. Both transactions went smoothly. It is nice doing business with a company online that knows how to do it. Thank you

**Shloime G**
Teaneck, NJ

Got my order and it's just so nice. Thanks for exceeding my expectations. The quality is just unbelievable for the price I paid. I really appreciate it!

**Debora S**
Brooklyn, NY

I rarely comment unless the online service is really good. Professional and fantastic in product offerings, quality, & usable website. Thanks and you know you'll be seeing me again!

**Beth M**
Woodmere, NY

I got my order yesterday, right at the date you said it should come. This is not my first deal with you guys and you're still the best internet store I've dealt with. I'll be back.

Exhibit C - Page 1 of 2

http://www.coolkippahs.com/testimonials-and-feedback.asp[6/4/2013 11:56:25 AM]



**Barry S**
Columbia, MD

Great Shopping Expierience. Very helpful staff. Great prices, and customer service. Just simply the best!

**Lisa A**
Fair Lawn, NJ

Thank You. I received my shipment and I am very pleased with your service and quality. You will be hearing from me for all my children's bnai mitzvahs.

**Eyal C**
Bronx, NY

Cool Kippahs is by far the best kipah store on the internet.Your prices are the lowest, but your most impressive quality is your customer service.I really appreciate you friendly attitude, and I thank you for caring about your customers needs.

Send Us your feedback, let us know how we did!

**Categories:**

Cotton Twill Kippahs        Raw Silk Kippahs
Plaid Kippahs               Knit DMC Kippahs
Felt Kippahs                Velvet Kippahs
Suede Kippahs               Denim Kippahs
Mesh Kippahs                Linen Kippahs
Embossed Suede              Corduroy Kippahs
Deluxe Satin Kippahs        Military Kippahs
Wood-Dye Kippahs            Challah Covers

**Information:**

Contact
Wholesale
Testimonials
Gallery Showcase
My Account
About
Terms
Search Store

**coolkippahs.com**
a division of The Judaica House, Ltd.

Personalized Kippahs and Bulk Custom Yarmulkes by Cool Kippahs, a division of The Judaica House, Ltd. Providing Personalized kippot, Yarmulkes and Kippahs for all your bar mitzvah, bat mitzvah, wedding and other simchas for almost 40 years! Cool kippahs are custom-made from top quality materials, beautifully personalized and hand crafted.

Copyright © Cool Kippahs - design by Enon Avital

Exhibit C - Page 2 of 2