IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KLIPPED KIPPAHS LLC<br>(a Florida corporation ),<br><br>    Plaintiff,<br><br>v.<br><br><br>JUDAICA HOUSE, LTD.<br>(a New Jersey corporation),<br><br>    Defendant. | Case No. 13-CV-61348-ROSENBAUM/HUNT |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

  The parties, KLIPPED KIPPAHS LLC and JUDAICA HOUSE, LTD. (collectively the "Parties"), having entered into a Confidential Settlement Agreement, hereby stipulate as follows:

  1. This action and all claims and counterclaims that were or could have been made between the Parties to this stipulation are hereby dismissed without prejudice, pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii);

  2. The Parties agree to be bound by the terms of the Confidential Settlement Agreement;

  3. The Parties agree that the Court shall retain jurisdiction to enforce the terms of the Confidential Settlement Agreement, should it become necessary, and that the dismissal of this action is contingent upon the Court retaining jurisdiction to enforce the terms of the agreement;

  4. Each of the Parties shall bear its own costs and attorneys' fees; and

5.	The Parties, therefore, request that this action be dismissed in its entirety without prejudice.

**STIPULATED AND AGREED TO**:

Dated: September 4, 2013				Dated: September 4, 2013

/s/Robert M. Schwartz					/s/RobertKain
Robert M. Schwartz, Esq.				Robert C. Kain, Esq.
Florida Bar No. 304018				Florida Bar No. 266760
Robert M. Schwartz, P.A.				Kain and Associates
2445 Hollywood Boulevard				900 S.E. 3rd Avenue, Suite 205,
Hollywood, Florida 33020				Ft. Lauderdale, Florida 33316
Telephone: (954) 924-0707				Telephone: (954) 768-9002
Facsimile: (954) 924-0717				Facsimile:  (954) 768-0158
E-mail: litigation@patentmiami.com		E-mail:rkain@complexip.com

*Counsel for Klipped Kippahs LLC*		*Counsel for Judaica House, Ltd.*