UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61348-CIV-ROSENBAUM/HUNT

KLIPPED KIPPAHS, LLC,

    Plaintiff,

v.

JUDAICA HOUSE, LTD.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

This matter is before the Court upon the parties' Stipulation of Voluntary Dismissal Without Prejudice [D.E. 22] filed on September 4, 2013. Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., it is hereby **ORDERED and ADJUDGED** that the Stipulation is approved, and the above-styled case is hereby **DISMISSED WITHOUT PREJUDICE**. The Court retains jurisdiction for the sole purpose of enforcing the parties' settlement because the parties have conditioned the effectiveness of their dismissal on the Court's retaining enforcement jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). Each party is to bear its own costs and attorneys' fees. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 4th day of September 2013.

                                              ROBIN S. ROSENBAUM
                                              UNITED STATES DISTRICT JUDGE

Copies to counsel of record